**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**
**San Francisco Division**

In re: **Sinbad's Pier II, Inc.**

Debtors

Case No. _____

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: **October 12, 2015**　　　　Signed: **s/Duane Stinson**

Dated: _____　　　　Signed: _____

All Shores Seafood
135 El Camino Real
San Bruno, CA 94066


Auto Chlor
PO Box 882823
San Francisco, CA 94188


Board of Equalization
PO Box 942879
Sacramento, CA 94279


Can Capital (Advance Me)
2015 Vaughn Rd., Bldg. 500
Kennesaw, GA 30144


Candle Fuel Co.
135 Townsend St.
PMB 603
San Francisco, CA 94107


Classic Wines
PO Box 51512
Los Angeles, CA 90051


Craig Dore
3963 Canyon Road
Lafayette, CA 94549


DBI Beverage
245 South Spruce Ave., Ste. 900
South San Francisco, CA 94080


David Ammons
San Francisco City Attorney's Office
1390 Market St., Ste. 600
San Francisco, CA 94102


Dinova
11950 Jones Bridge Rd., Ste. 115-117
Johns Creek, GA 30005


Duane Stinson
296 Castle Glen Road
Walnut Creek, CA 94595


Il Pastaio
1266 E. Julian Street
San Jose, CA 95116


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

JM Rosen's
PO Box 750816
Petaluma, CA 94975


Korkut's Seafoods
1003 8th Avenue
Oakland, CA 94606


Law Offices of Robert F. Kane
870 Market St., Ste. 1128
San Francisco, CA 94102


Light Soda
2291 Palou Avenue
San Francisco, CA 94124


Matagrano
440 Forbes Blvd.
South San Francisco, CA 94080


Matrix Pest Control
PO Box 2882
Dublin, CA 94568


Mission Linen
550 Florida St.
San Francisco, CA 94110


North Beach Baking Co.
1501 Grant Ave.
San Francisco, CA 94133


Open Table
Payment Lockbox
PO Box 49322
San Jose, CA 95161


PG&E
2225 Folsom St.
San Francisco, CA 94110


Pacific Harvest
PO Box 788
San Juan Bautista, CA 95045


Parkview Produce, Inc.
1821 Parkview Dr.
San Bruno, CA 94066


Port of San Francisco
Pier 1, Embarcadero St.

San Francisco, CA 94111


Rewards Network Establishment Services I
2N Riverside Plaza, Ste. 950
Chicago, IL 60606


Rhino Services
245 Townpark Dr., Ste. 400
Kennesaw, GA 30144


Roselita Stinson
296 Castle Glen Road
Walnut Creek, CA 94595


SF PUC
PO Box 7369
San Francisco, CA 94120


SF Tax Collector
Bureau of Delinquent Revenue/BK Unit
PO Box 7426
San Francisco, CA 94120


SF Welfare Fund.
989 Market St. , Ste. 420
San Francisco, CA 94103


Sa-Ro Leasing, Inc.
4600 Kietzke Ln, Bldg. E
#145
Reno, NV 89502


Silver Oak Cellers
915 Oakville Crossroad
Oakville, CA 94562


Southern Wine and Spirits
PO Box 61000
San Francisco, CA 94161


State Compensation Insurance Fund
PO Box 8192
Pleasanton, CA 94588


Thomas Stinson
3660 Happy Valley Road
Lafayette, CA 94549


Tom Stinson
3660 Happy Valley Road
Lafayette, CA 94549

US Foods, Inc.
300 Lawrence Drive
Livermore, CA 94550


Where Morris Visitor Publications
PO Box 1584
Augusta, GA 30903


Wine Warehouse
PO Box 45616
San Francisco, CA 94145