IVAN C. JEN (SBN 252885)
Law Office of Ivan C. Jen
5820 California Street
San Francisco, CA 94121
Telephone: (415) 504-2706
Facsimile: (415) 449-6110
Email: ivan@icjenlaw.com

Proposed Attorney for the Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:                                             ) Case No. 15-31259
                                                   )
**Sinbad's Pier II, Inc.**,                        ) Chapter 11
                                                   )
        Debtor.                                    ) Judge:       Hon. Hannah L. Blumenstiel
                                                   ) Date:        November 12, 2015
                                                   ) Time:        3:00 p.m.
                                                   ) Courtroom:   235 Pine Street, 23rd Floor
                                                   )              San Francisco, CA 94104
                                                   )
                                                   )

### NOTICE OF ENTRY OF ORDER AND NOTICE OF HEARING RE USE OF CASH COLLATERAL

PLEASE TAKE NOTICE that an ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL AND SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(b) has been entered in the above case for MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND (II) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(b) (the "Motion") filed by Sinbad's Pier II, Inc., the debtor and debtor in possession (the "Debtor"). A copy of the order is enclosed.

PLEASE TAKE FURTHER NOTICE that a final hearing on the Motion and the use of cash collateral is set for November 12, 2015 at 3:00 p.m. at the above location, with the Honorable Hannah L. Blumenstiel presiding.

PLEASE TAKE FURTHER NOTICE that if you have any questions regarding the final hearing, the Motion, or any other issues, please contact the Debtor's counsel through any of the above means of contact.

Dated: October 23, 2015

LAW OFFICE OF IVAN C. JEN,

/s/ Ivan C. Jen
Ivan C. Jen
Proposed Counsel for the Debtor