IVAN C. JEN (SBN 252885)
Law Office of Ivan C. Jen
5820 California Street
San Francisco, CA 94121
Telephone: (415) 504-2706
Facsimile: (415) 449-6110
Email: ivan@icjenlaw.com

Proposed Attorney for the Debtor

Signed and Filed: October 23, 2015

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | ) Case No. 15-31259 |
| **Sinbad's Pier II, Inc.**, | ) Chapter 11 |
| Debtor. | ) Judge: Hon. Hannah L. Blumenstiel |
| | ) Date: October 21, 2015 |
| | ) Time: 2:00 p.m. |
| | ) Courtroom: 235 Pine St., Courtroom 23 |
| | ) San Francisco, CA 94104 |

**ORDER AUTHORIZING DEBTOR TO (I) CONTINUE CERTAIN
CONSUMER PRACTICES AND (II) MAINTAIN ITS CREDIT CARD PAYMENT SYSTEM**

Sinbad's Pier II, Inc., the debtor and debtor-in-possession in the above Chapter 11 case (the "Debtor" or "Sinbad's"), filed its FIRST AMENDED MOTION FOR ORDER AUTHORIZING DEBTOR TO (I) CONTINUE CERTAIN CONSUMER PRACTICES AND (II) MAINTAIN ITS CREDIT CARD PAYMENT SYSTEM (the "Motion"). The Motion requested authority to allow the Debtor to continue, in the ordinary course of business to continue and maintain its customer policies and procedures and to perform and honor approximately $8,250 worth of GroupOn certificates, and to continue to utilize its current credit card merchant payment system. A hearing on the Motion took place at the above time and location pursuant to an ORDER GRANTING EX PARTE MOTION FOR ORDER SHORTENING TIME. Appearances were made by the Office of the United States

Trustee and the Debtor. The Court, having reviewed the Motion, for the reasons stated in the record, and good cause appearing therefor:

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED;
2. The Debtor is authorized to continue with its business practice of honoring pre-petition GroupOn obligations while operating in the Chapter 11 case;
3. The Debtor is authorized to continue with its business practice with its credit card payment processors and allow the credit card processors to collect any pre-payment fees attributable to pre-petition card transactions; and
4. The fourteen-day stay under Rule 6004(h) is waived.

**\*\* END OF ORDER \*\***

## COURT SERVICE LIST

American Express Company
c/o CT Corporation System
818 West Seventh St., Ste. 930
Los Angeles, CA 90017

GroupOn, Inc.
c/o CT Corporation System
818 West Seventh St., Ste. 930
Los Angeles, CA 90017

Payment Systems
PO Box 71400
Los Angeles, CA 71409